No. 616. STANDARD TRANSPORTATION COMPANY *v.* UNITED STATES. November 29, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Goldthwaite H. Dorr, Peter M. Speer,* and *Russell H. Robbins* for petitioner. *Solicitor General Mitchell, Assistant Attorney Galloway,* and *Mr. J. Frank Staley* for the United States.

No. 633. CHARLES M. COTTERMAN *v.* UNITED STATES. November 29, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. William F. Norman, Daniel R. Williams, Walter E. Barton,* and *J. J. Lynch* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

No. 635. H. A. PHARR, TRUSTEE IN BANKRUPTCY OF MOBILE SHIPBUILDING COMPANY *v.* UNITED STATES. November 29, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Mr. Monte Appel* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

No. 663. JAMES A. BAKER, RECEIVER OF THE INTERNATIONAL AND GREAT NORTHERN RAILWAY COMPANY, *v.* UNITED STATES. November 29, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Mr. F. Carter Pope* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

No. 672. W. J. TUBBS *v.* STATE OF WASHINGTON. November 29, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Washington denied. *Messrs. Fred B. Morrill* and *F. H. McDermont* for petitioner. No appearance for respondent.